| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) | LESLIE V. PAYNE (*Pro Hac Vice Pending*) |
| shosie@hoseilaw.com | HEIM, PAYNE & CHORUSH, LLP |
| BRUCE WECKER (CA Bar No. 078530) | 600 Travis Street, Suite 6710 |
| bwecker@hosielaw.com | Houston, TX  77002 |
| GEORGE F. BISHOP (CA Bar No. 089205) | Telephone: (713) 221-2000 |
| gbishop@hosielaw.com | Facsimile: (713) 221-2021 |
| HOSIE RICE LLP | lpayne@hpcllp.com |
| 188 The Embarcadero, Suite 750 | |
| San Francisco, CA  94105 | |
| Phone:  (415) 247-6000 | |
| Fax:  (415) 247-6001 | |

GARY S. FERGUS, Cal. Bar No. 095318
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94115
Telephone:  (415) 537-9032
Facsimile:   (415) 537-9038
gfergus@ferguslegal.com

Attorneys for Defendant and Counter-Claimant
SHEA INTEGRATION SOLUTIONS CORP.

FILED
NOV [illegible]
RICHARD [illegible]
CL[illegible]
NORTH[illegible]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANDISK CORPORATION, | Case No. CV10-03617 SBA |
| Plaintiff | [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL |
| v. | |
| SHEA INTEGRATION SOLUTIONS CORP. | |
| Defendant. | |
| SHEA INTEGRATION SOLUTIONS CORP. | |
| Counter-Claimant, | |
| v. | |
| SANDISK CORPORATION, | |
| Counterclaim Defendant. | |

1   Defendant and Counter-Claimant, Shea Integration Solutions Corp. ("Shea'), seeks an order
2   permitting substitution of Gary S. Fergus of Fergus, A Law Office, 595 Market Street, Suite 2430,
3   San Francisco, CA  94105, telephone (415) 537-9030, as attorney for Shea in place and stead of
4   Spencer Hosie, George F. Bishop and Bruce Wecker of Hosie Rice LLP, 188 The Embarcadero,
5   Suite 750, San Francisco, CA  94105, telephone (415) 247-6000.

6   Pursuant to Civil Local Rule 11-5, and in accordance with General Order 45, Section
7   IV.C(5), IT IS SO ORDERED.

8   Dated: November __, 2010

Saundra B. Armstrong
United States District Judge

2.