1  JEFFREY G. HOMRIG (Bar. No. 215890)
   WEIL, GOTSHAL & MANGES LLP
2  Silicon Valley Office
   201 Redwood Shores Parkway
3  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
4  Facsimile: (650) 802-3100
   Email: doug.lumish@weil.com; jeffrey.homrig@weil.com
5
   DAVID W. HANSEN (Bar No. 196958)
6  TRAVIS M. JENSEN (Bar No. 259925)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
7  525 University Avenue, Suite 1100
   Palo Alto, CA 94301
8  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
9  Email: dhansen@skadden.com; travis.jensen@skadden.com

10 Attorneys for Plaintiff and Counterclaim Defendant,
   HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14

| | |
|---|---|
| 15  HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., | CASE NO.: C 10-3691 SBA<br>RELATED TO: C 10-3617 SBA |
| 16          Plaintiff, | |
| 17      v. | [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL |
| 18  SHEA INTEGRATION SOLUTIONS CORP., | |
| 19          Defendant | |
| 20  SHEA INTEGRATION SOLUTIONS CORP., | |
| 22          Counter-Claimant. | |
| 23      v. | |
| 24  HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., | |
| 25          Counterclaim Defendant. | |

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     Plaintiff and Counterclaim Defendant, Hitachi Global Storage Technologies, Inc.
3 | ("Hitachi"), seeks an order permitting substitution of David W. Hansen and Travis M. Jensen
4 | of Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Suite 1100, Palo
5 | Alto, CA 94301, telephone (650) 470-4500, as attorney for Hitachi in place and stead of
6 | Douglas E. Lumish, Jeffrey G. Homrig, Jill J Ho, and Weil, Gotshal & Manges LLP, 201
7 | Redwood Shores Parkway, Redwood Shores, CA 94065, telephone (650) 802-3000.

8 |     Pursuant to Civil Local Rule 11-5, and in accordance with General Order 45, Section
9 | IV.C.5, IT IS SO ORDERED.

Dated: January 18, 2011

Saundra B. Armstrong
United States District Judge