DAVID W. HANSEN (Bar No. 196958)
TRAVIS M. JENSEN (Bar No. 259925)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: dhansen@skadden.com; travis.jensen@skadden.com

Attorneys for Plaintiff,
SANDISK CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHEA INTEGRATION SOLUTIONS CORP.,<br><br>　　　　　　Defendant. | CASE NO.: C 10-3617 SBA<br><br>**STIPULATED ORDER OF DISMISSAL** |

　　　　Plaintiff, SanDisk Corporation, and Defendant, Shea Integration Solutions Corp., by their undersigned counsel, hereby stipulate to the entry of this Order dismissing this case, with prejudice, based on the Parties having reached a full, final and complete settlement and resolution of their claims, counterclaims and defenses. The Parties further stipulate and agree that the Court shall retain jurisdiction over the Parties and this matter for purposes of enforcing or interpreting the terms of the Parties' settlement agreement, and that each Party shall bear its own fees, costs and expenses of this case.

　　　　STIPULATED AND AGREED TO:

Dated: March 7, 2011　　　　　/s/ David W. Hansen
　　　　　　　　　　　　　　　David W. Hansen, Bar No. 196958
　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

　　　　　　　　　　　　　　　Counsel for Plaintiff and Counterclaim Defendant,
　　　　　　　　　　　　　　　　SANDISK CORPORATION

---

| | | |
|---|---|---|
| 1 | Dated: March 7, 2011 | /s/ Leslie V. Payne |
| 2 | | Leslie V. Payne (TX Bar No. 0784736 – Pro Hac Vice) |
| | | HEIM, PAYNE & CHORUSH, L.L.P. |

Counsel for Defendant and Counterclaim Plaintiff,
SHEA INTEGRATION SOLUTIONS CORP.

SO ORDERED:

March _8_, 2011

_____
Hon. Saundra B. Armstrong
United States District Judge

2
STIPULATED ORDER OF DISMISSAL                                    CASE NO. C 10-3617 SBA

**CERTIFICATE OF SERVICE**

I hereby certify on this 7th day of March, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record who have registered for electronic filing at their electronic addresses of record, constituting service per General Order 45, section IX.B. Per General Order 45, section IX.C.2, all others were served by U.S. Mail at their street addresses of record.

DATE: March 7, 2011                By:  _____/s/ *David W. Hansen*_____
                                            David W. Hansen